IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AMANDA SHEFFIELD,

    Plaintiff,

vs.                                    CASE NO.: 4:07cv461-SPM/WCS

CORVEL HEALTHCARE
CORPORATION,

    Defendant.

_____/

## ORDER OF DISMISSAL

    This case has been dismissed with prejudice, with each party to bear its own attorney's fees and costs, pursuant to the parties' Stipulation of Dismissal With Prejudice (doc. 38-2) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the clerk shall close this case.

    SO ORDERED this 30th day of June, 2008.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge